**STATE of Missouri, Respondent,**

v.

**Martin L. KAMMEIER, Appellant.**

### No. ED 96956.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 2, 2012.

Margaret M. Johnston, Columbia, MO, for Appellant.

Chris A. Koster, Attorney General, Karen L. Kramer, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR. P.J. and ROY L. RICHTER and ANGELA T. QUIGLESS, JJ.

### ORDER

PER CURIAM.

Martin Kammeier ("Defendant") appeals from the judgment upon his conviction by a jury of two counts of criminal nonsupport, Section 568.040 RSMo 2000[1]. Defendant argues the trial court erred in overruling his motion for judgment of acquittal at the close of all the evidence and in entering its judgment on the guilty verdicts on both counts of criminal nonsupport because Defendant injected a "good cause" defense and the State did not establish beyond a reasonable doubt that Defendant did not have good cause for failing to pay child support.

We have reviewed the briefs of the parties and the record on appeal and find the

---

1. All further statutory references are to RSMo 2000.

claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).